1  BARRY J. PORTMAN
   Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant POWELL
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )  No. CR-08-624 MMC
                                         )
12 |            Plaintiff,                )  STIPULATION AND [PROPOSED]
                                         )  ORDER TO CONTINUE SENTENCING
13 | v.                                   )
                                         )  **CURRENT DATE:** February 18, 2009, at
14 | LENARD POWELL                        )  2:30 p.m.
                                         )
15 |            Defendant.                )  **PROPOSED STATUS DATE:** April 1,
                                         )  2009, at 2:30 p.m.
16 | _____)

17
       1.   On December 3, 2008, Mr. Powell entered a plea of guilty before this Court, and a
18
   sentencing date of February 18, 2009, was set.
19
       2.   Due to the high number of cases referred to the probation office in December and
20
   the holiday leave schedule of the parties, the probation officer was unable to conduct a
21
   presentence interview of Mr. Powell until January 6, 2009.
22
       3.   In order to ensure that Mr. Powell's presentence investigation report is both
23
   accurate and complete, the probation officer has requested additional time to submit her report.
24
       4.   Neither the government nor the defendant object to a continuance of the
25
   sentencing.
26

Stip. & [Proposed] Order to Continue Sentencing;
*U.S. v. Powell*, CR 08-624 MMC                    1

1      5.    The parties propose that the court re-schedule Mr. Powell's sentencing for April 1, 2009, at 2:30 p.m.

IT IS SO STIPULATED.

```
____01/09/09_____          _____/s/_____
DATED                              JEANE HAMILTON
                                   Assistant United States Attorney


____01/09/09_____          _____/s/_____
DATED                              RITA BOSWORTH
                                   Assistant Federal Public Defender
```

IT IS SO ORDERED.

```
 January 12, 2009                  _____[signature]_____
DATED                              MAXINE CHESNEY
                                   United States District Judge
```

Stip. & [Proposed] Order to Continue Sentencing;
*U.S. v. Powell*, CR 08-624 MMC          2